AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00297 |
| Thomas F. Sibick | ) Assigned To : Harvey, G. Michael |
| DOB: XXXXXX | ) Assign. Date : 03/10/2021 |
|  | ) Description: Complaint w/ Arrest Warrant |
|  | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   January 6, 2021   in the county of _____ in the
_____ in the District of   Columbia  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds,
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder,
18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers,
18 U.S.C. § 2111 - Taking from a Person Anything of Value by Force and Violence or by Intimidation Within Special Maritime and Territorial Jurisdiction.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

William Matos-Ginorio, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   03/10/2021

*Judge's signature*

City and state:   Washington, D.C.    G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*