**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | Case: 1:21-cr-00291 |
|  | Assigned to: Judge Berman Jackson, Amy |
|  | Assign Date: 4/9/2021 |
| v. | Description: INDICTMENT (B) |
|  | Related Case No: 21-cr-00246 (ABJ) |
| **THOMAS F. SIBICK,** | **UNDER SEAL** |
| **ALBUQUERQUE COSPER HEAD,** | |
| **KYLE J. YOUNG,** | |
| **Defendants.** | |

**ORDER**

This matter having come before the Court pursuant to the application of the United States to seal indictment, the Court finds that, because of such reasonable grounds to believe the disclosure will result in flight from prosecution, destruction of or tampering with evidence, intimidation of potential witnesses, and serious jeopardy to the investigation, the United States has established that a compelling governmental interest exists to justify the requested sealing.

1. IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the Indictment, the Arrest Warrants for Defendant Albuquerque Cosper Head ("Head") and Defendant Kyle J. Young ("Young"), this Motion and Supporting Memorandum, the proposed Order attached to this Motion, and this Order are sealed until the arrest warrant is executed.

2. IT IS FURTHER ORDERED that the government may disclose a redacted Indictment to defense counsel in order to provide discovery to defense counsel in ongoing litigation.

3. IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the public docket of the arrest warrant until it is executed.

Date: April 9, 2021

_____
ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE