UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Crim. No. 21-CR-291-1 (ABJ) |
| THOMAS F. SIBICK | : |

**DEFENDANT THOMAS SIBICK'S RESPONSE TO COURT'S
MINUTE ORDER REGARDING RELEASE OF VIDEOS**

Defendant, Thomas F. Sibick, in response to this Court's July 1, 2021, Minute Order regarding his position on the release to the media of certain evidence, states as follows:

In footnote 1 of the government's June 25, 2021, response (Doc. 50) to this Court's initial Minute Order, entered on June 20, 2021, the government correctly stated Mr. Sibick's position concerning this issue.[1]  Mr. Sibick does not object to the release of any of the videos sought by the media.

On the other hand, Mr. Sibick recognizes the position the government has taken concerning certain videos that were never introduced into evidence, and one video is the subject of a protective order.  As such, he defers to the Court with respect to that material.

/s/

Stephen F. Brennwald, Esq.
Bar No. 398319
Brennwald & Robertson, LLP
922 Pennsylvania Avenue, S.E.
Washington, D.C.  20003
(301) 928-7727
(202) 544-7626(facsimile)
E-mail:  sfbrennwald@cs.com

---

[1] The United States sought defendant's position on this issue prior to filing its June 25, 2021 response, and undersigned counsel asked the government to include Mr. Sibick's position in its filing, which, again, it did, at footnote 1.

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing was sent by ECF, this 1st day of July, 2021 to the U.S. Attorney's Office, 555 4th Street, N.W., Washington, D.C. 20530, and to all counsel of record.

/s/

Stephen F. Brennwald