

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

June 11, 2021

Stephen F. Brennwald, Esq.
Brennwald & Robertson, LLP
922 Pennsylvania Avenue, S.E.
Washington, D.C. 20003
*Attorney for Thomas Sibick*

Katrina Young, Esq.
Catherine Henry, Esq.
Assistant Federal Defenders
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street, Suite 540W
Philadelphia, PA 19106
*Attorney for Kyle Young*

   Re: *United States v. Thomas Sibick, Kyle Young*
      Case No. 21-CR-291 – Production #2

Dear Counsel:

  We are writing to update you with additional discovery that has been provided for this case on June 11, 2021 via a shared folder on USA File Exchange, that contains the following materials:

- **FBI Documents Folder:**
    - *Items related to the GoPro Videographer (*6 PDF files)
        - [EXTERNAL EMAIL] -  FW_ New Text Tip_Redacted.pdf (1 page)
        - 0176-WF-3366759_0010373_Redacted.pdf (1 page)
        - 0176-WF-3366759-Intake_0007752_Redacted.pdf (2 pages)
        - 0176-WF-3366759-Intake_0011414_Redacted.pdf (3 pages)
        - FBI San Diego - Lead Coverage EC_Redacted.pdf (3 pages)

- - Telephone_Call_from_Defense_Attorney_Lee_Stapleton_Redacted.pdf (1 pages)
- **Grand Jury Materials Folder:**
  - *Transcripts* (2 PDF files)
    - Head.Young.Sibick_ Graves 4.9 Gardner.pdf (9 pages)
    - Head.Young.Sibick_Graves 4.7 Gardner.pdf (72 pages)
  - *Exhibits* (35 items)
    - EX 1_signed.pdf
    - EX 2.jpg
    - EX 3.jpg
    - EX 4.jpg
    - EX 5.jpg
    - EX 6.jpg
    - EX 7.png
    - EX 8.jpg
    - EX 12A.mp4
    - EX 12B.jpg
    - EX 12C.mp4
    - EX 13.mp4
    - EX 13A.mp4
    - EX 14.mp4
    - EX 15A.jpg
    - EX 15B.jpg
    - EX 15C.jpg
    - EX 16.jpg
    - EX 17.jpg
    - EX 18.jpg
    - EX 19.jpg
    - EX 20.jpg
    - EX 21.mp4
    - EX 22.jpg
    - EX 23.mp4
    - EX 24.mp4
    - EX 25_Redacted.pdf
    - EX 26.jpg
    - EX 27.jpg
    - EX 28.jpg
    - EX 29.jpg
    - EX 30.jpg
    - EX 31.jpg
    - EX 32.mp4
    - EX 33.mp4

Please note that the following materials have been designated as **highly sensitive materials** and are subject to the Protective Order Governing Discovery that was issued by the Court in each case:

- **Highly Sensitive Materials Folder:**
    - *Grand Jury Materials* (4 MP4 video files)
        - EX 11A.mp4
        - EX 11B.mp4
        - EX 11C.mp4
        - EX 11D.mp4
    - *Surveillance Footage* (3 Windows Media Audio/Video files)
        - 0074 USCH BA Lower W Terrace Door Exterior-2021-01-06_14h30min00s000ms.asf
        - 0074 USCH BA Lower W Terrace Door Exterior-2021-01-06_14h49min00s000ms.asf
        - 0074 USCH BA Lower W Terrace Door Exterior-2021-01-06_15h30min00s000ms.asf

Please note that the following materials have been designated as **sensitive materials** and are subject to the Protective Order Governing Discovery that was issued by the Court in each case:

- **Sensitive Materials Folder:**
    - *Officer MM (name is sensitive)* (4 PDF files)
        - 089B-WF-3373679_0000160_1A0000093_0000001_Redacted.pdf (2 pages)
        - 089B-WF-3373679_0000160_Redacted.pdf (2 pages)
        - Officer_MM_Interview_notes_Redacted.pdf (1 page)
        - US_Capitol_Officer_M_Interview_302_Redacted.pdf (1 page)

**Body Worn Camera Materials**

In addition, pursuant to our discovery obligations, we are providing download links to 111 body worn camera ("BWC") files listed in the Excel spreadsheet that was provided to you today via email. The links should last for a year, please download before then.

Please note that this list is *over-inclusive*, as it includes potentially relevant BWC videos for this and other Lower West Terrace related cases. Out of an abundance of caution, we are making all of these BWC videos accessible to the defense so that you can analyze whether they might be relevant to your defense.

We continue to identify additional BWC related to the Lower West Terrace and will provide an additional round of potentially relevant BWC. To the extent you identify other officers with BWC that you believe might be relevant to the case, please let us know and we will do what we can to provide that BWC if it exists. In addition, my understanding is that the office is working to develop a system to make BWC available on a broader level in the coming months.

\*\*\*\*

    We will forward additional discovery as it becomes available. If you have any questions about the information provided above or if you have any issues accessing or downloading the materials provided, please contact the undersigned Assistant United States Attorneys.

    Sincerely,

    TARA RAVINDRA
    CARA GARDNER
    Assistant United States Attorneys

Enclosures