# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-CR-291 (ABJ) |
| v. : | |
| : | |
| THOMAS SIBICK, : | |
| : | |
| ALBUQUERQUE HEAD, : | |
| : | |
| KYLE YOUNG, : | |
| : | |
| Defendants. : | |

## NOTICE OF DISCOVERY

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court and defense that the attached discovery letter of July 30, 2021, has been provided to the defense in this matter.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By: _____/s/_____
TARA RAVINDRA
Assistant United States Attorney
D.C. Bar No. 1030622
555 4th Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-7672
Email: Tara.Ravindra@usdoj.gov