

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

July 30, 2021

Stephen F. Brennwald, Esq.
Brennwald & Robertson, LLP
922 Pennsylvania Avenue, S.E.
Washington, D.C.  20003
*Attorney for Thomas Sibick*

G. Nicholas Wallace, Esq.
Assistant Federal Defender
Federal Defender Services of Eastern Tennessee, Inc.
219 West Depot Street, Suite 200
Greeneville, Tennessee 37743
*Attorney for Albuquerque Head*

Katrina Young, Esq.
Catherine Henry, Esq.
Assistant Federal Defenders
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street, Suite 540W
Philadelphia, PA 19106
*Attorney for Kyle Young*

      Re:   *United States v. Thomas Sibick, Albuquerque Head, Kyle Young*
              Case No. 21-CR-291 – Production #4

Dear Counsel:

    We are writing to update you with additional discovery that has been provided for this case on July 30, 2021 via a shared folder on USA File Exchange, that contains the following materials.

- **<u>Highly Sensitive Folder</u>:**
    - Medical Records for Officer M.F.

****

    We will forward additional discovery as it becomes available.  If you have any questions about the information provided above or if you have any issues accessing or downloading the materials provided, please contact the undersigned Assistant United States Attorneys.

        Sincerely,

        TARA RAVINDRA
        CARA GARDNER
        Assistant United States Attorneys

Enclosures