UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Crim. No. 21-CR-291-1 (ABJ) |
| THOMAS F. SIBICK | : |

**ORDER**

Upon consideration of Defendant Sibick's Motion to Reopen Detention Hearing, and any Opposition thereto, it is, this         day of September, 2021, hereby

ORDERED, that the defendant's motion to re-open is GRANTED.

_____
The Honorable Amy Berman Jackson
United States District Judge