

PP 4210.2
Attachment J
Inmate Institutional Work Program

# DC DEPARTMENT OF CORRECTIONS
## WORK PERFORMANCE RATING – INMATE

| Inmate's Name | Thomas Sibick | DCDC # 376982 | Date Aug 11, 2021 |
|---|---|---|---|
| Evaluation Period (Month/Year) June – Aug | Squad C2B | Position/Grade Unit Detail | |

**1. Quality of Work**

| ✓ | Excellent | Does superior work. Does more work than is expected or required. |
|---|---|---|
| | Satisfactory | Makes fewer mistakes than most workers at this level of training/work. |
| | Good | Acceptable level of work. Produces average volume of work. |
| | Fair | Often makes mistakes; often completes less work than others of same skill level. |
| | Unsatisfactory | Repeatedly makes errors, shows little interest in producing better quality, low output. |

**2. Quantity of Work**

| ✓ | Excellent | Superior work and exceeds expected productivity. |
|---|---|---|
| | Good | Motivated to work; does full days work, wastes little time. |
| | Satisfactory | Works steadily but does not push to exceed. |
| | Fair | Does just enough to get by, has to be encouraged to do more. |
| | Unsatisfactory | Very low output, must be prompted to complete work. |

**3. Initiative**

| ✓ | Excellent | Good ideas to improve work, does work to improve skills, works with positive attitude. |
|---|---|---|
| | Good | Adapts well to change, works to improve skills, works with above average interest. |
| | Satisfactory | Starts work without being told, generally works with a positive attitude. |
| | Fair | Shows minimal interest, usually relies on others to say what needs to be done. |
| | Unsatisfactory | Shows little job interest, waits to be told what to do, works with a negative attitude. |

**4. Dependability, Safety, Care of Equipment**

| ✓ | Excellent | Work is very reliable, consistent and thorough, always completes tasks on time. |
|---|---|---|
| | Good | Work is usually reliable and consistent. |
| | Satisfactory | Completes work on time. |
| | Fair | Work is sometimes unreliable, satisfied to complete a minimum of work. |
| | Unsatisfactory | Work is usually unreliable. Does not accept responsibility and gives up easily. |

**5. Response to Supervision**

| ✓ | Outstanding | Makes a real effort to please supervisor, does exactly what is required. |
|---|---|---|
| | Good | Accepts feedback well, tries to improve. |
| | Satisfactory | Generally does what is told, accepts instruction, feedback. |
| | Fair | Resists or ignores suggestions. |
| | Unsatisfactory | Responds with hostility towards work assignments, regularly argues with supervisor. |

**6. Overall Job Proficiency:** If in community based upon inmate's performance would you:

| ✓ | Promote this inmate to a more demanding job at a higher rate of pay |
|---|---|
| | Raise this inmate's pay but keep individual at same job |
| | Continue to employ this inmate but would not recommend for promotion or pay raise |
| | Transfer this inmate to a less demanding job at a lower rate of pay |
| | Terminate inmate's employment |

Supervisor's Signature: *CPL M. Abdullah*  Date: Aug 11, 2021

Inmate's Signature: *Thomas Sibick*  Date: 08/14/2021

Inmate's Response:

Original — Inmate's Institutional File
Copy — Inmate Worker
         Squad Supervisor

*Note: Resident Sibick very respectful & helpful. No disciplinary concerns. Serves as a model inmate.



PP 4210.2
Attachment J
Inmate Institutional Work Program

## DC DEPARTMENT OF CORRECTIONS
## WORK PERFORMANCE RATING – INMATE

| Inmate's Name | DCDC # | Date |
|---|---|---|
| Sibick, Thomas | 376982 | Aug 8, 21 |

| Evaluation Period (Month/Year) | Squad | Position/Grade |
|---|---|---|
| Feb – Aug | C2B | Detail |

**1. Quality of Work**

| | | |
|---|---|---|
| X | Excellent | Does superior work. Does more work than is expected or required. |
| | Satisfactory | Makes fewer mistakes than most workers at this level of training/work. |
| | Good | Acceptable level of work. Produces average volume of work. |
| | Fair | Often makes mistakes; often completes less work than others of same skill level. |
| | Unsatisfactory | Repeatedly makes errors, shows little interest in producing better quality, low output. |

**2. Quantity of Work**

| | | |
|---|---|---|
| X | Excellent | Superior work and exceeds expected productivity. |
| | Good | Motivated to work; does full days work, wastes little time. |
| | Satisfactory | Works steadily but does not push to exceed. |
| | Fair | Does just enough to get by, has to be encouraged to do more. |
| | Unsatisfactory | Very low output, must be prompted to complete work. |

**3. Initiative**

| | | |
|---|---|---|
| X | Excellent | Good ideas to improve work, does work to improve skills, works with positive attitude. |
| | Good | Adapts well to change, works to improve skills, works with above average interest. |
| | Satisfactory | Starts work without being told, generally works with a positive attitude. |
| | Fair | Shows minimal interest, usually relies on others to say what needs to be done. |
| | Unsatisfactory | Shows little job interest, waits to be told what to do, works with a negative attitude. |

**4. Dependability, Safety, Care of Equipment**

| | | |
|---|---|---|
| X | Excellent | Work is very reliable, consistent and thorough, always completes tasks on time. |
| | Good | Work is usually reliable and consistent. |
| | Satisfactory | Completes work on time. |
| | Fair | Work is sometimes unreliable, satisfied to complete a minimum of work. |
| | Unsatisfactory | Work is usually unreliable. Does not accept responsibility and gives up easily. |

**5. Response to Supervision**

| | | |
|---|---|---|
| X | Outstanding | Makes a real effort to please supervisor, does exactly what is required. |
| | Good | Accepts feedback well, tries to improve. |
| | Satisfactory | Generally does what is told, accepts instruction, feedback. |
| | Fair | Resists or ignores suggestions. |
| | Unsatisfactory | Responds with hostility towards work assignments, regularly argues with supervisor. |

**6. Overall Job Proficiency:** If in community based upon inmate's performance would you:

| | |
|---|---|
| X | Promote this inmate to a more demanding job at a higher rate of pay |
| | Raise this inmate's pay but keep individual at same job |
| | Continue to employ this inmate but would not recommend for promotion or pay raise |
| | Transfer this inmate to a less demanding job at a lower rate of pay |
| | Terminate inmate's employment |

| Supervisor's Signature | Date |
|---|---|
| [signed] | Aug 8, 21 |

| Inmate's Signature | Date |
|---|---|
| [signed] | 08/08/2021 |

**Inmate's Response**

Original — Inmate's Institutional File
Copy — Inmate Worker
       Squad Supervisor

Davies
Case manager

demonstrate great leadership and collaborative skills.



PP 4210.2
Attachment J
Inmate Institutional Work Program

# DC DEPARTMENT OF CORRECTIONS
# WORK PERFORMANCE RATING – INMATE

| Inmate's Name | Sibick Thomas | | DCDC # 376982 | Date 8/16/21 |
|---|---|---|---|---|
| Evaluation Period (Month/Year) March to August | | Squad C2B | Position/Grade Unit Detail | |

**1. Quality of Work**
| ✓ | Excellent | Does superior work. Does more work than is expected or required. |
|---|---|---|
| | Satisfactory | Makes fewer mistakes than most workers at this level of training/work. |
| | Good | Acceptable level of work. Produces average volume of work. |
| | Fair | Often makes mistakes; often completes less work than others of same skill level. |
| | Unsatisfactory | Repeatedly makes errors, shows little interest in producing better quality, low output. |

**2. Quantity of Work**
| ✓ | Excellent | Superior work and exceeds expected productivity. |
|---|---|---|
| | Good | Motivated to work; does full days work, wastes little time. |
| | Satisfactory | Works steadily but does not push to exceed. |
| | Fair | Does just enough to get by, has to be encouraged to do more. |
| | Unsatisfactory | Very low output, must be prompted to complete work. |

**3. Initiative**
| ✓ | Excellent | Good ideas to improve work, does work to improve skills, works with positive attitude. |
|---|---|---|
| | Good | Adapts well to change, works to improve skills, works with above average interest. |
| | Satisfactory | Starts work without being told, generally works with a positive attitude. |
| | Fair | Shows minimal interest, usually relies on others to say what needs to be done. |
| | Unsatisfactory | Shows little job interest, waits to be told what to do, works with a negative attitude. |

**4. Dependability, Safety, Care of Equipment**
| ✓ | Excellent | Work is very reliable, consistent and thorough, always completes tasks on time. |
|---|---|---|
| | Good | Work is usually reliable and consistent. |
| | Satisfactory | Completes work on time. |
| | Fair | Work is sometimes unreliable, satisfied to complete a minimum of work. |
| | Unsatisfactory | Work is usually unreliable. Does not accept responsibility and gives up easily. |

**5. Response to Supervision**
| ✓ | Outstanding | Makes a real effort to please supervisor, does exactly what is required. |
|---|---|---|
| | Good | Accepts feedback well, tries to improve. |
| | Satisfactory | Generally does what is told, accepts instruction, feedback. |
| | Fair | Resists or ignores suggestions. |
| | Unsatisfactory | Responds with hostility towards work assignments, regularly argues with supervisor. |

**6. Overall Job Proficiency:** If in community based upon inmate's performance would you:
| ✓ | Promote this inmate to a more demanding job at a higher rate of pay |
|---|---|
| | Raise this inmate's pay but keep individual at same job |
| | Continue to employ this inmate but would not recommend for promotion or pay raise |
| | Transfer this inmate to a less demanding job at a lower rate of pay |
| | Terminate inmate's employment |

Supervisor's Signature [signed]    Date 8/16/21

Inmate's Signature Thomas [signed]    Date 08/16/2021

Inmate's Response

Original — Inmate's Institutional File
Copy — Inmate Worker
       Squad Supervisor

Cpl Phillips

"Inmate Sibick Thomas is a great help to the unit. He keeps the unit clean and always has a positive attitude
✓ Great job on getting vaccinated"



PP 4210.2
Attachment J
Inmate Institutional Work Program

# DC DEPARTMENT OF CORRECTIONS
# WORK PERFORMANCE RATING – INMATE

| Inmate's Name | Sibick, Thomas | | DCDC # 376-982 | Date 8-15-21 |
|---|---|---|---|---|
| Evaluation Period (Month/Year) August 2021 | | Squad C2B | Position/Grade Unit Detail | |

**1. Quality of Work**

| | | |
|---|---|---|
| ✓ | Excellent | Does superior work. Does more work than is expected or required. |
| | Satisfactory | Makes fewer mistakes than most workers at this level of training/work. |
| | Good | Acceptable level of work. Produces average volume of work. |
| | Fair | Often makes mistakes; often completes less work than others of same skill level. |
| | Unsatisfactory | Repeatedly makes errors, shows little interest in producing better quality, low output. |

**2. Quantity of Work**

| | | |
|---|---|---|
| ✓ | Excellent | Superior work and exceeds expected productivity. |
| | Good | Motivated to work; does full days work, wastes little time. |
| | Satisfactory | Works steadily but does not push to exceed. |
| | Fair | Does just enough to get by, has to be encouraged to do more. |
| | Unsatisfactory | Very low output, must be prompted to complete work. |

**3. Initiative**

| | | |
|---|---|---|
| ✓ | Excellent | Good ideas to improve work, does work to improve skills, works with positive attitude. |
| | Good | Adapts well to change, works to improve skills, works with above average interest. |
| | Satisfactory | Starts work without being told, generally works with a positive attitude. |
| | Fair | Shows minimal interest, usually relies on others to say what needs to be done. |
| | Unsatisfactory | Shows little job interest, waits to be told what to do, works with a negative attitude. |

**4. Dependability, Safety, Care of Equipment**

| | | |
|---|---|---|
| ✓ | Excellent | Work is very reliable, consistent and thorough, always completes tasks on time. |
| | Good | Work is usually reliable and consistent. |
| | Satisfactory | Completes work on time. |
| | Fair | Work is sometimes unreliable, satisfied to complete a minimum of work. |
| | Unsatisfactory | Work is usually unreliable. Does not accept responsibility and gives up easily. |

**5. Response to Supervision**

| | | |
|---|---|---|
| ✓ | Outstanding | Makes a real effort to please supervisor, does exactly what is required. |
| | Good | Accepts feedback well, tries to improve. |
| | Satisfactory | Generally does what is told, accepts instruction, feedback. |
| | Fair | Resists or ignores suggestions. |
| | Unsatisfactory | Responds with hostility towards work assignments, regularly argues with supervisor. |

**6. Overall Job Proficiency:** If in community based upon inmate's performance would you:

| | |
|---|---|
| ✓ | Promote this inmate to a more demanding job at a higher rate of pay |
| | Raise this inmate's pay but keep individual at same job |
| | Continue to employ this inmate but would not recommend for promotion or pay raise |
| | Transfer this inmate to a less demanding job at a lower rate of pay |
| | Terminate inmate's employment |

Supervisor's Signature: *N. Hubbard*   Date: 8-15-21

Inmate's Signature: *Thomas* ___   Date: 8-15-21

Inmate's Response:

Original — Inmate's Institutional File
Copy — Inmate Worker
       Squad Supervisor

(Cpl. Hubbard)

Thomas, Sibick does watever asked of him. He's very respectful to all staff and cell mates. He also does a wonderful job on his unit Detail.



PP 4210.2
Attachment J
Inmate Institutional Work Program

## DC DEPARTMENT OF CORRECTIONS
## WORK PERFORMANCE RATING – INMATE

| Inmate's Name | | DCDC # | Date |
|---|---|---|---|
| Thomas Sabzek | | 376-980 | 8/2/21 |
| Evaluation Period (Month/Year) | Squad | Position/Grade | |
| June to August | C2B | Unit Detail | |

**1. Quality of Work**

| X | Excellent | Does superior work. Does more work than is expected or required. |
|---|---|---|
|  | Satisfactory | Makes fewer mistakes than most workers at this level of training/work. |
|  | Good | Acceptable level of work. Produces average volume of work. |
|  | Fair | Often makes mistakes; often completes less work than others of same skill level. |
|  | Unsatisfactory | Repeatedly makes errors, shows little interest in producing better quality, low output. |

**2. Quantity of Work**

| X | Excellent | Superior work and exceeds expected productivity. |
|---|---|---|
|  | Good | Motivated to work; does full days work, wastes little time. |
|  | Satisfactory | Works steadily but does not push to exceed. |
|  | Fair | Does just enough to get by, has to be encouraged to do more. |
|  | Unsatisfactory | Very low output, must be prompted to complete work. |

**3. Initiative**

| X | Excellent | Good ideas to improve work, does work to improve skills, works with positive attitude. |
|---|---|---|
|  | Good | Adapts well to change, works to improve skills, works with above average interest. |
|  | Satisfactory | Starts work without being told, generally works with a positive attitude. |
|  | Fair | Shows minimal interest, usually relies on others to say what needs to be done. |
|  | Unsatisfactory | Shows little job interest, waits to be told what to do, works with a negative attitude. |

**4. Dependability, Safety, Care of Equipment**

| X | Excellent | Work is very reliable, consistent and thorough, always completes tasks on time. |
|---|---|---|
|  | Good | Work is usually reliable and consistent. |
|  | Satisfactory | Completes work on time. |
|  | Fair | Work is sometimes unreliable, satisfied to complete a minimum of work. |
|  | Unsatisfactory | Work is usually unreliable. Does not accept responsibility and gives up easily. |

**5. Response to Supervision**

| X | Outstanding | Makes a real effort to please supervisor, does exactly what is required. |
|---|---|---|
|  | Good | Accepts feedback well, tries to improve. |
|  | Satisfactory | Generally does what is told, accepts instruction, feedback. |
|  | Fair | Resists or ignores suggestions. |
|  | Unsatisfactory | Responds with hostility towards work assignments, regularly argues with supervisor. |

**6. Overall Job Proficiency:** If in community based upon inmate's performance would you:

| X | Promote this inmate to a more demanding job at a higher rate of pay |
|---|---|
|  | Raise this inmate's pay but keep individual at same job |
|  | Continue to employ this inmate but would not recommend for promotion or pay raise |
|  | Transfer this inmate to a less demanding job at a lower rate of pay |
|  | Terminate inmate's employment |

| Supervisor's Signature *Thomas Alice* | Date 08/03/2021 |
|---|---|
| Inmate's Signature | Date 8/2/21 |
| Inmate's Response | |

Original   Inmate's Institutional File
Copy       Inmate Worker
           Squad Supervisor

Sgt Proctor

MR. Sabzck Also show good work Ethics And is not A problem.



PP 4210.2
Attachment J
Inmate Institutional Work Program

## DC DEPARTMENT OF CORRECTIONS
## WORK PERFORMANCE RATING – INMATE

| Inmate's Name | | | DCDC # | Date |
|---|---|---|---|---|
| Sibick, Thomas | | | 376982 | 8-19-21 |
| Evaluation Period (Month/Year) | | Squad | Position/Grade | |
| 2-21 | | C2D | Detail | |

**1. Quality of Work**
| | | |
|---|---|---|
| ✓ | Excellent | Does superior work. Does more work than is expected or required. |
| | Satisfactory | Makes fewer mistakes than most workers at this level of training/work. |
| | Good | Acceptable level of work. Produces average volume of work. |
| | Fair | Often makes mistakes; often completes less work than others of same skill level. |
| | Unsatisfactory | Repeatedly makes errors, shows little interest in producing better quality, low output. |

**2. Quantity of Work**
| | | |
|---|---|---|
| ✓ | Excellent | Superior work and exceeds expected productivity. |
| | Good | Motivated to work; does full days work, wastes little time. |
| | Satisfactory | Works steadily but does not push to exceed. |
| | Fair | Does just enough to get by, has to be encouraged to do more. |
| | Unsatisfactory | Very low output, must be prompted to complete work. |

**3. Initiative**
| | | |
|---|---|---|
| ✓ | Excellent | Good ideas to improve work, does work to improve skills, works with positive attitude. |
| | Good | Adapts well to change, works to improve skills, works with above average interest. |
| | Satisfactory | Starts work without being told, generally works with a positive attitude. |
| | Fair | Shows minimal interest, usually relies on others to say what needs to be done. |
| | Unsatisfactory | Shows little job interest, waits to be told what to do, works with a negative attitude. |

**4. Dependability, Safety, Care of Equipment**
| | | |
|---|---|---|
| ✓ | Excellent | Work is very reliable, consistent and thorough, always completes tasks on time. |
| | Good | Work is usually reliable and consistent. |
| | Satisfactory | Completes work on time . |
| | Fair | Work is sometimes unreliable, satisfied to complete a minimum of work. |
| | Unsatisfactory | Work is usually unreliable. Does not accept responsibility and gives up easily. |

**5. Response to Supervision**
| | | |
|---|---|---|
| ✓ | Outstanding | Makes a real effort to please supervisor, does exactly what is required. |
| | Good | Accepts feedback well, tries to improve. |
| | Satisfactory | Generally does what is told, accepts instruction, feedback. |
| | Fair | Resists or ignores suggestions. |
| | Unsatisfactory | Responds with hostility towards work assignments, regularly argues with supervisor. |

**6. Overall Job Proficiency:** If in community based upon inmate's performance would you:
| | |
|---|---|
| ✓ | Promote this inmate to a more demanding job at a higher rate of pay |
| | Raise this inmate's pay but keep individual at same job |
| | Continue to employ this inmate but would not recommend for promotion or pay raise |
| | Transfer this inmate to a less demanding job at a lower rate of pay |
| | Terminate inmate's employment |

| Supervisor's Signature | Date |
|---|---|
| Cpl. Hayes | 8-19-21 |
| Inmate's Signature | Date |
| Thomas Sibick | 08/19/2021 |
| Inmate's Response | |

Original    Inmate's Institutional File    Inmate shows signs of working
Copy        Inmate Worker                  well with staff and others
            Squad Supervisor



PP 4210.2
Attachment J
Inmate Institutional Work Program

# DC DEPARTMENT OF CORRECTIONS
# WORK PERFORMANCE RATING – INMATE

| Inmate's Name | | DCDC # | Date |
|---|---|---|---|
| Thomas Sibick | | 316982 | 8/11/21 |
| Evaluation Period (Month/Year) | Squad | Position/Grade | |
| June – August | CTB | Unit Detail | |

**1. Quality of Work**
| ✓ | Excellent | Does superior work. Does more work than is expected or required. |
| | Satisfactory | Makes fewer mistakes than most workers at this level of training/work. |
| | Good | Acceptable level of work. Produces average volume of work. |
| | Fair | Often makes mistakes; often completes less work than others of same skill level. |
| | Unsatisfactory | Repeatedly makes errors, shows little interest in producing better quality, low output. |

**2. Quantity of Work**
| ✓ | Excellent | Superior work and exceeds expected productivity. |
| | Good | Motivated to work; does full days work, wastes little time. |
| | Satisfactory | Works steadily but does not push to exceed. |
| | Fair | Does just enough to get by, has to be encouraged to do more. |
| | Unsatisfactory | Very low output, must be prompted to complete work. |

**3. Initiative**
| ✓ | Excellent | Good ideas to improve work, does work to improve skills, works with positive attitude. |
| | Good | Adapts well to change, works to improve skills, works with above average interest. |
| | Satisfactory | Starts work without being told, generally works with a positive attitude. |
| | Fair | Shows minimal interest, usually relies on others to say what needs to be done. |
| | Unsatisfactory | Shows little job interest, waits to be told what to do, works with a negative attitude. |

**4. Dependability, Safety, Care of Equipment**
| ✓ | Excellent | Work is very reliable, consistent and thorough, always completes tasks on time. |
| | Good | Work is usually reliable and consistent. |
| | Satisfactory | Completes work on time. |
| | Fair | Work is sometimes unreliable, satisfied to complete a minimum of work. |
| | Unsatisfactory | Work is usually unreliable. Does not accept responsibility and gives up easily. |

**5. Response to Supervision**
| ✓ | Outstanding | Makes a real effort to please supervisor, does exactly what is required. |
| | Good | Accepts feedback well, tries to improve. |
| | Satisfactory | Generally does what is told, accepts instruction, feedback. |
| | Fair | Resists or ignores suggestions. |
| | Unsatisfactory | Responds with hostility towards work assignments, regularly argues with supervisor. |

**6. Overall Job Proficiency:** If in community based upon inmate's performance would you:
| ✓ | Promote this inmate to a more demanding job at a higher rate of pay |
| | Raise this inmate's pay but keep individual at same job |
| | Continue to employ this inmate but would not recommend for promotion or pay raise |
| | Transfer this inmate to a less demanding job at a lower rate of pay |
| | Terminate inmate's employment |

Supervisor's Signature: [signed]   Date: 8/11/21

Inmate's Signature: Thomas Sibick   Date: 08/11/2021

Inmate's Response:

Original — Inmate's Institutional File
Copy — Inmate Worker
        Squad Supervisor

Cpl Celberstech.

* Note: Resident Sibick does an excellent job with maintaining the educational tablets. He always carry himself in a respectable manner.



PP 4210.2
Attachment J
Inmate Institutional Work Program

## DC DEPARTMENT OF CORRECTIONS
## WORK PERFORMANCE RATING – INMATE

| Inmate's Name: Sibick, Thomas | | DCDC #: 376-982 | Date: 8/12/2021 |
|---|---|---|---|
| Evaluation Period (Month/Year): 2/21 to 8/21 | Squad: | Position/Grade: | |

**1. Quality of Work**
- [X] Excellent — Does superior work. Does more work than is expected or required.
- [ ] Satisfactory — Makes fewer mistakes than most workers at this level of training/work.
- [ ] Good — Acceptable level of work. Produces average volume of work.
- [ ] Fair — Often makes mistakes; often completes less work than others of same skill level.
- [ ] Unsatisfactory — Repeatedly makes errors, shows little interest in producing better quality, low output.

**2. Quantity of Work**
- [X] Excellent — Superior work and exceeds expected productivity.
- [ ] Good — Motivated to work; does full days work, wastes little time.
- [ ] Satisfactory — Works steadily but does not push to exceed.
- [ ] Fair — Does just enough to get by, has to be encouraged to do more.
- [ ] Unsatisfactory — Very low output, must be prompted to complete work.

**3. Initiative**
- [X] Excellent — Good ideas to improve work, does work to improve skills, works with positive attitude.
- [ ] Good — Adapts well to change, works to improve skills, works with above average interest.
- [ ] Satisfactory — Starts work without being told, generally works with a positive attitude.
- [ ] Fair — Shows minimal interest, usually relies on others to say what needs to be done.
- [ ] Unsatisfactory — Shows little job interest, waits to be told what to do, works with a negative attitude.

**4. Dependability, Safety, Care of Equipment**
- [X] Excellent — Work is very reliable, consistent and thorough, always completes tasks on time.
- [ ] Good — Work is usually reliable and consistent.
- [ ] Satisfactory — Completes work on time.
- [ ] Fair — Work is sometimes unreliable, satisfied to complete a minimum of work.
- [ ] Unsatisfactory — Work is usually unreliable. Does not accept responsibility and gives up easily.

**5. Response to Supervision**
- [X] Outstanding — Makes a real effort to please supervisor, does exactly what is required.
- [ ] Good — Accepts feedback well, tries to improve.
- [ ] Satisfactory — Generally does what is told, accepts instruction, feedback.
- [ ] Fair — Resists or ignores suggestions.
- [ ] Unsatisfactory — Responds with hostility towards work assignments, regularly argues with supervisor.

**6. Overall Job Proficiency:** If in community based upon inmate's performance would you:
- [X] Promote this inmate to a more demanding job at a higher rate of pay
- [ ] Raise this inmate's pay but keep individual at same job
- [ ] Continue to employ this inmate but would not recommend for promotion or pay raise
- [ ] Transfer this inmate to a less demanding job at a lower rate of pay
- [ ] Terminate inmate's employment

Supervisor's Signature: Sgt S. Fren19 /s/   Date: 8/12/21
Inmate's Signature: Thomas Sibick /s/   Date: 08/16/2021

Inmate's Response:

Original — Inmate's Institutional File
Copy — Inmate Worker
       Squad Supervisor

Sgt Franklin /s/

Attachment

Inmate Sibick, Tomas DCDC 376-982 is assigned as a detail for housing unit C2B at the Correctional Treatment Facility. Inmate Sibick has a positive attitude about what assignment that is given to him. Since being housed at the Correctional Treatment Facility Inmate Sibick hasn't had any negative institutional and complies with all directives that have been given to him. Inmate Sibick is outstanding detail Inmate and assist other inmates with any issues that may arise.

Sgt. Shawn Franklin

C Building Supervisor

8/19/21