UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | : | |
| | : | |
| v. | : | Case No. 1:21-cr-291-ABJ |
| | : | |
| Kyle J. Young, | : | |
|       Defendant. | : | |

## DEFENDANT KYLE YOUNG'S REPLY TO THE COURT'S SEPTEMBER 21, 2021, MINUTE ORDER

In reply to the Court's September 21, 2021, Minute Order directing all parties to advise the Court whether they object to the release of the videos and still photo referenced in the Government's filing [Dkt. 32], Kyle Young, through counsel, states as follows:

Defendant Kyle Young does object to the release of the short video clips and still photo, because they lack context and present a misleading image of culpability compared with longer video clips, played in real time, of the same events. In short, Defendant's objection is not to the release of videos showing the alleged acts; rather, Defendant objects to the narrowly-sliced and slowed-down version of a broader, more chaotic scene. To release only the Government's selected portion in advance of trial could serve to unduly prejudice Defendant.

Nonetheless, Defendant does not object to the release of a longer video clip, offered in real-time speed. For example, the longer, one-minute video that Defendant Sibick has indicated [Dkt. 69] he will use in his upcoming Motion to Reopen would be a more appropriate representation and would not be objectionable for release.

Dated: September 27, 2021                                    Respectfully Submitted,


                                                       /s/
                                         Samuel C. Moore
                                         District of Columbia Bar ID: 1015060

Law Office of Samuel C. Moore, PLLC
526 King St., Suite 506
Alexandria, VA 22314
Email: scmoore@scmoorelaw.com
Phone: 703-535-7809
Fax: 571-223-5234

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of September, 2021, I will electronically file the foregoing Reply to Minute Order with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Cara A. Gardner
Tara Ravindra
Assistant United States Attorneys
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

/s/
Samuel C. Moore
District of Columbia Bar ID: 1015060
Law Office of Samuel C. Moore, PLLC
526 King St., Suite 506
Alexandria, VA 22314
Email: scmoore@scmoorelaw.com
Phone: 703-535-7809
Fax: 571-223-5234

2