**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES | : |
| v. | : Crim. No. 21-CR-291-1 (ABJ) |
| THOMAS F. SIBICK | : |

**DEFENDANT THOMAS SIBICK'S RESPONSE TO COURT'S**
**MINUTE ORDER REGARDING RELEASE OF CERTAIN VIDEOS**

Defendant, Thomas F. Sibick, in response to this Court's September 21, 2021, Minute Order regarding his position on the release to the media of certain evidence relating to co-defendant Albuquerque Cosper Head, states as follows:

Defendant joins and adopts the motion filed by co-defendant Kyle Young (ECF Doc. 72).

Respectfully submitted,

/s/

Stephen F. Brennwald, Esq.
Bar No. 398319
Brennwald & Robertson, LLP
922 Pennsylvania Avenue, S.E.
Washington, D.C.  20003
(301) 928-7727
(202) 544-7626(facsimile)
E-mail:  sfbrennwald@cs.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent by ECF, this 28th day of September, 2021 to all counsel of record.

/s/

Stephen F. Brennwald