**Rahmat Loghmanieh**
4691 Main Street
Amherst, NY 14226
716-864-8383

September 26, 2021

To Whom It May Concern:

I am a 71 year old honorably discharged Veteran of the Vietnam War era.  I am a retired Architect and sole proprietor of a Jewelry Store in the Village of Williamsville, New York.

Mr. Thomas Sibick and I have known each other for over eight years.  We met at my jewelry store when Thomas was ready to get engaged and settle into his beautiful condominium in Williamsville, New York.

Clearly Mr. Sibick's appearance and demeanor was noticeable and an indication of a successful businessman who was ready to be a responsible and respected member of his generation and contribute in many positive ways to society.

Needless to say, the presence of his character and his appealing personality could not go unnoticed!

Mr. Sibick, is a fine gentleman with fantastic attributes and deserves great rewards in his future.

Thomas and I, have become wonderful friends since the very beginning and I am looking forward to maintaining this friendship for many years to come.  I have also gotten to know his family, to include his brothers and parents who are very supportive of each other.

Sincerely,

*Rahmat Loghmanieh*

Rahmat Loghmanieh