## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Crim. No. 21-CR-291-1 (ABJ) |
| THOMAS F. SIBICK | : |

## **NOTICE**

Defendant, Thomas F. Sibick, through undersigned counsel, hereby submits the attached character letters in support of his Motion to Reopen Detention Hearing.

Respectfully submitted,

/s/

Stephen F. Brennwald, Esq.
Bar No. 398319
Brennwald & Robertson, LLP
922 Pennsylvania Avenue, S.E.
Washington, D.C. 20003
(301) 928-7727
(202) 544-7626(facsimile)
E-mail: sfbrennwald@cs.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent by ECF, this 30th day of September, 2021 to all counsel of record.

/s/

Stephen F. Brennwald