UNITED STATES OF AMERICA

VS.

THOMAS F. SIBICK

Civil/Criminal No. 21-291-1 (ABJ)

Government ✓
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 4 | Photo of Defendant w/Riot Shield | 10/1/2021 | | | |

FILED
OCT - 1 2021
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia