UNITED STATES OF AMERICA

VS.    Civil/Criminal No. 21-291-1 (ABJ)

THOMAS F. SIBICK

Government ☐
Plaintiff ☐
Defendant ✓
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | 1 Minute VIDEO | 10/1/21 | | | |

FILED
OCT - 1 2021
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia