**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES | : |
| v. | : Crim. No. 21-CR-291-1 (ABJ) |
| THOMAS F. SIBICK | : |

**DEFENDANT THOMAS SIBICK'S NOTICE REGARDING THE
FILING OF LETTERS IN SUPPORT OF HIS MOTION FOR BOND**

Defendant Thomas F. Sibick, in support of his Motion for Bond, filed October 16, 2021, hereby provides Notice of the filing of the attached letters from CTF Officers (and one case manager), friends and family of the defendant, as well as a letter from Mr. Sibick himself.

Respectfully submitted,

/s/

Stephen F. Brennwald, Esq.
Bar No. 398319
Brennwald & Robertson, LLP
922 Pennsylvania Avenue, S.E.
Washington, D.C.  20003
(301) 928-7727
(202) 544-7626(facsimile)
E-mail:  sfbrennwald@cs.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent by ECF, this 18th day of October, 2021 to all counsel of record.

/s/

Stephen F. Brennwald