Your Honor,

My name is Thomas Sibick and in an attempt to provide an understanding of who I am I felt compelled to write, because my conduct on January 6th was unequivocally an aberration of the high moral standards I hold myself to. What happened at the United States Capitol that day does not provide an adequate representation of my character.

Although I strive for excellence I will be the first to admit that I am not perfect. My life has been full of joyful times, however there has been a fair share of growing pains, none more significant than what I am currently experiencing. The shame, dishonor, and regret endured are without question the worst emotions ever experienced. I disagree with what occurred that fateful day, especially the trauma suffered by Officer Michael Fanone, it is without question unconscionable.

January 6th was a disgrace to our nation that left a scar Trump is ultimately responsible for, but we are strong and will heal from it. While many praise Trump I loathe him, his words and actions are nefarious causing pain and harm to the world. He is not a leader and should be ostracized from any political future, what he honestly needs to do is go away!

Throughout my incarceration I have had ample time for self-reflection which has enabled me to grow and become more cognizant of my being,

ultimately having a profound impact on my core values. I have vowed to never attend another political protest in my life, that was my first and last! In addition, I will never allow myself to be consumed by the mob mentality, it is dangerous and undoubtedly out of character.

I give irrefutable assurance to the court that if I am released I will without hesitation abide by Any and All conditions set forth. All I desire is peace, reconciliation, and unity. We must all work together to build back a better nation.

Sincerely,
Thomas Sibick