Rahmat Loghmanieh

61 Park Club Lane, Unit A

Williamsville, NY 14221

Re:  Thomas Sibick

October 15, 2021

To Whom It May Concern,

As a very dear friend of the Sibick family, I was asked that when necessary, I would go to the Sibick residence at 34 Wik Street, Williamsville, NY to make sure that Thomas complies with any court orders that may be placed upon him as a condition of his release.  I also attest that if Thomas were to attempt to leave the Sibick premises, I would immediately and without reservation notify the appropriate law enforcement agency.

Sincerely,

*Rahmat Loghmanieh*