# SANTARPIA LAW
*ATTORNEYS & COUNSELORS AT LAW*

*872 Elmwood Avenue*  *Tel: (716) 885-8855*
*Buffalo, NY 14222-1335*  *Fax: (716) 885-0208*

<u>sab@santarpialaw.com</u>

September 27, 2021

      **RE:**     **Thomas F. Sibick**

To Whom It May Concern:

    I am writing this letter to share my impression of Thomas F. Sibick.

    I am an attorney who has been practicing for 28 years in the Western New York Area. My practice is of a general nature with a concentration in criminal, matrimonial, family and real estate law.

    I have been acquainted with Thomas Sibick over the past eleven (11) years. Thomas worked for a law firm which I was affiliated with at the time. I recall that he had a strong desire to pursue a career in law and had the ability and drive to accomplish this goal. He had not yet attended law school, but he was working in the field to gain experience. I observed Thomas during his employment with Feuerstein & Smith, LLP. We developed a friendship and besides our legal related encounters, we both enjoyed exercising as a hobby and he would oftentimes join me and a fellow lawyer at several work-out sessions. I feel I have gotten to know Thomas on a variety of levels. I have also become acquainted with his family who are very good decent people.

    In October, 2016, I hired Thomas in my law office. Thomas worked on a variety of cases until June 2017 when I believe he finally found the right time to pursue his dream of a legal education and career. Unfortunately, the timing was not right for Thomas, and he once again had to put his dream of law school on hold.

    Thomas and I have stayed in close contact over the years. I have been with him on many social occasions, and in a variety of settings. During his employment with my office, I had him accompany me to several court appearances and client meetings. I always found Thomas to be a person who knew how to act in any situation and someone who is extremely relatable to a wide variety of people, young and old. I found this to be one of his strong suits. He was never inappropriate, nor has he ever been unaware of the importance of mutual respect or social boundaries.

    I submit this character reference on behalf of Thomas Sibick because I know Thomas and have relied upon him in my law firm. He never disappointed me. I found his maturity and diligence very helpful in my practice and I never felt as if I was "pawning off" any work or client contact when assigning matters to Thomas. He genuinely cares about other people.

September 27, 2021
Page 2 of 2

      His family has asked me if I would submit a character reference on Thomas's behalf. I do this without any reservation. Thomas has many supportive friends and family in the Western New York Area. Thomas is a good and genuine person who always tries to do the right thing. I have read about the January 6th accusations made against Thomas and am unable to comment other than to say, this is not apart of Thomas Sibick's character, nor is it consistent with the type of person I have come to know over the past eleven (11) years.

      Thank you for the opportunity to speak about Thomas. If there is anything further I may be able to provide, or if anyone would like to speak to me, please feel free to contact me directly.

      Thank you.

      Sincerely yours,

      SANTARPIA LAW

      Sabatino C. Santarpia, Esq.

SCS/nt