UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Crim. No. 21-CR-291-1 (ABJ) |
| THOMAS F. SIBICK | : |

**DEFENDANT THOMAS SIBICK'S CONSENT
MOTION TO RESCHEDULE HEARING ON MOTION
TO MODIFY BOND, AND WAIVER OF SPEEDY TRIAL**

Defendant Thomas F. Sibick, through undersigned counsel, Stephen F. Brennwald, and in support of his Consent Motion to Reschedule Hearing on Motion to Modify Bond, states as follows:

At the conclusion of defendant's October 1, 2021, hearing on his motion to re-open the detention hearing, another hearing was scheduled in this matter for October 25, 2021. It appears that the Court believed that the new hearing date would be for purposes of defendant's entry of a guilty plea while the defendant, his parents, and undersigned counsel believed that the hearing had been set to address Mr. Sibick's upcoming bond motion.[1] Defendant filed his bond motion on October 16, 2021.

Thereafter, this Court entered a Minute Order on October 18, 2021, directing the government to file its response to the defendant's bond motion by October 22, 2021, and giving the defendant until Wednesday, October 27, 2021, to file any reply.[2]

---

[1] At the conclusion of the hearing on defendant's motion to re-open his detention hearing, this Court informed the defendant that he could file another motion for bond, and spent some time discussing such a motion. Defendant filed that motion on October 16, 2021.

[2] Candidly, defense counsel, who like many people receives hundreds of emails per day, somehow did not see that Order, and was surprised when he received a communication today from this Court's Courtroom Clerk inquiring about the hearing that was set for this Monday, October 25, 2021. The defendant's parents and one son, as well as another person, had already paid for flights and hotel rooms in anticipation of Monday's hearing, and counsel and the family were set to meet on Sunday evening ahead of the Monday hearing.

1

Given the deadlines set in the Court's Minute Order, defendant, with the consent of the government, asks this Court to vacate the Monday, October 25, 2021, hearing, and re-set an in-person hearing, if possible, on a Tuesday or Thursday. The parties are both available during the day on Tuesday, November 4, and can obviously accommodate other dates if the Court is not able to fit this hearing into its schedule on that date.

Undersigned counsel also spoke with Mr. Sibick by phone today and discussed this new development with him. He indicated to counsel that while he is disappointed that the hearing on his bond motion will not go forward as he had anticipated it would on October 25, 2021, he also thinks that it is best for the Court to have the benefit of defendant's reply, and to have the time it needs to consider all of the arguments presented before a hearing is held.

For this reason, he has indicated to counsel that he agrees to waive the running of the speedy trial clock between Monday, October 25, 2021 and the next hearing on his bond motion.

Respectfully submitted,

/s/

Stephen F. Brennwald, Esq.
Bar No. 398319
Brennwald & Robertson, LLP
922 Pennsylvania Avenue, S.E.
Washington, D.C. 20003
(301) 928-7727
(202) 544-7626(facsimile)
E-mail: sfbrennwald@cs.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent by ECF, this 22nd day of October, 2021 to the U.S. Attorney's Office, 555 4th Street, N.W., Washington, D.C. 20530, and to all counsel of record.

/s/

Stephen F. Brennwald