# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Crim. No. 21-CR-291-1 (ABJ) |
| THOMAS F. SIBICK | : |

## ORDER

Upon consideration of Defendant's Consent Motion to Reschedule Hearing on Defendant's Motion to Modify Bond, and Waiver of Speedy Trial, it is, this ____ day of October, 2021, hereby

ORDERED that the defendant's motion is GRANTED; it is further

ORDERED, that a hearing on the defendant's Motion for Bond (ECF No. 83) shall be held on _____, 2021; it is further

ORDERED that the time between October 25, 2021 and _____ shall be excluded from the Speedy Trial Act calculation as it is in the interest of the defendant and of the public for such time to be excluded.

_____
The Honorable Amy Berman Jackson
United States District Judge