**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CASE NO. 21-cr-291-1 (ABJ)** |
| v. | : | |
| | : | |
| **THOMAS F. SIBICK** | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S UNOPPOSED MOTION TO HOLD ORDER DIRECTING THE GOVERNMENT TO PUBLICLY RELEASE DEFENSE VIDEO EXHIBIT IN ABEYANCE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves for the Court for an order temporarily holding in abeyance its October 26, 2021 minute order granting ECF No. 85, the Second Application for Access to Video Exhibits by the Press Coalition for access to a video exhibit presented by the defense, and ordering the Government to make the defense exhibit available for public access. As set forth in the minute order and the Government's Response (ECF No. 85), the Government does not object to the disclosure of the video exhibit, nor to its release for further dissemination. The Government has regularly been producing Government video exhibits that constitute judicial records pursuant to court orders. However, in light of the issues raised by the Government serving as the conduit for the release of judicial records consisting of defense exhibits, the Government has reached out to the D.C. Office of the Federal Public Defender ("FPD") and has scheduled a meeting with FPD and court personnel next week to discuss these issues.

On October 28, 2021, undersigned counsel spoke on the phone with defense counsel Stephen Brennwald, who stated that the defense does not oppose this motion.

Accordingly, the Government moves this Court to hold its October 26, 2021 minute order in abeyance until November 5, 2021.

                                Respectfully submitted,

                                CHANNING D. PHILLIPS
                                Acting United States Attorney
                                DC Bar No. 415793

By:    /s/ *Cara A. Gardner*
           Cara A. Gardner
           Assistant United States Attorney
           D.C. Bar 1003793
           U.S. Attorney's Office
           555 4th Street, N.W.
           Washington, D.C. 20530
           202-252-7009
           Cara.Gardner@usdoj.gov

           /s/Tara Ravindra
           Tara Ravindra
           Assistant United States Attorney
           D.C. Bar No. 1030622
           555 4th Street, N.W.
           Washington, D.C.
           (202) 252-7672
           Tara.Ravindra@usdoj.gov