UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Crim. No. 21-CR-291-1 (ABJ) |
| THOMAS F. SIBICK | : |

**ORDER**

Upon consideration of Defendant's Unopposed Motion to Correct Order Setting Conditions of Release, it is, this ____ day of October, 2021, hereby

ORDERED, that defendant's unopposed motion is GRANTED; it is further

ORDERED, that the entry in paragraph 7(t) shall state as follows:

"Defendant shall receive and comply with courtesy supervision of the US Pretrial Office for the Western District of New York. Defendant is not to use or view social media. Defendant is not to view or listen to, on any device, political opinion shows or broadcasts or other forms of communication (including, for example, podcasts), and shall not attend any political rallies. Notify the US Probation Office in writing of any changes in address. Defendant shall be permitted to go outside his parents' residence but shall be confined to the inside perimeter of the property."

_____
The Honorable Amy Berman Jackson
United States District Judge