# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 21-cr-291-1 (ABJ) |
| : | |
| **THOMAS F. SIBICK,** : | |
| : | |
| **Defendant.** : | |

## NOTICE TO COURT REGARDING ECF NO. 102

Comes now the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, regarding Defendant Thomas Sibick's Emergency Motion to Modify Conditions of Release (ECF No. 102). In a Minute Order issued on December 26, 2021, the Court granted the defendant's Motion in part. Subsequently, the defendant, through counsel, informed the Court and the government that that the defendant intends to withdraw the remainder of his motion (ECF No. 102) and file a new motion to modify conditions of release. Based upon the defendant's representations, the government does not intend to respond to ECF No. 102.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ *Tara Ravindra*
Tara Ravindra
Cara Gardner
Assistant United States Attorneys
D.C. Bar 1030622 (Ravindra)
D.C. Bar 1003793 (Gardner)
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
202-252-7672 (Ravindra)
202-252-7009 (Gardner)