UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America : | |
| : | |
| v. : | Case No. 1:21-cr-291-ABJ |
| : | |
| Kyle J. Young, : | |
|       Defendant. : | |

**DEFENDANT KYLE YOUNG'S NOTICE
REGARDING MOTIONS AND SCHEDULING**

Comes Now Defendant Kyle Young, by and through counsel, with this Notice regarding the Court's January 4, 2022, Minute Order, and states as follows:

Defendant Kyle Young does intend to file a motion to dismiss and a motion to sever in this matter. As evidence continues to be produced, Defendant may also file a motion to suppress statements or evidence as appropriate. After consultation with the Government, Defendant proposes that the Court order that (i) Defendant file any such motion within 60 days; (ii) the Government have two weeks to answer any motion; and (iii) Defendant have a week to reply to any answer.

The 60-day timeline to file these motions is based on the on-going discovery process, Defendant's detention and the practical challenges of sharing discovery with Defendant, and the on-going resolution discussions between the Government and Defendant. The extended timeline may facilitate these on-going discussions and allow the parties to narrow-in the need for pre-trial motions.

Dated: January 11, 2022                          Respectfully Submitted,

                                                              /s/
                                                   Samuel C. Moore
                                                   District of Columbia Bar ID: 1015060

Law Office of Samuel C. Moore, PLLC<br>
526 King St., Suite 506<br>
Alexandria, VA 22314<br>
Email: scmoore@scmoorelaw.com<br>
Phone: 703-535-7809<br>
Fax: 571-223-5234

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of January, 2022, I will electronically file the foregoing Notice Regarding Minute Order with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Cara A. Gardner
Tara Ravindra
Assistant United States Attorneys
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

                                               /s/
                                          Samuel C. Moore
District of Columbia Bar ID: 1015060
Law Office of Samuel C. Moore, PLLC
526 King St., Suite 506
Alexandria, VA 22314
Email: scmoore@scmoorelaw.com
Phone: 703-535-7809
Fax: 571-223-5234

4895-9300-6857, v. 1