## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Crim. No. 21-CR-291-1 (ABJ) |
| THOMAS F. SIBICK | : |

### ORDER

Upon consideration of Defendant Thomas Sibick's Motion for Modification of Conditions of Release, and any Opposition thereto, it is, this _____ day of _____, 2022, hereby

ORDERED, that the defendant's motion is GRANTED; it is further

ORDERED, that pending the securing of full-time employment, Mr. Sibick shall be permitted to leave the home where he is currently confined, Monday through Friday, between 9:30 a.m. and 5 p.m. to assist the individual who is renovating two properties; it is further

ORDERED, that the pretrial supervision officer for the Western District of New York shall permit Mr. Sibick, upon the provision of satisfactory proof (whether oral or in writing), to attend employment interviews, and, if employment is secured, to engage in full-time employment.  The supervision officer shall not unreasonably withhold permission either with respect to either interview or employment opportunities.

_____
The Honorable Amy Berman Jackson
United States District Judge