



9:04

Sibick

Sibick attended service on 04/25 @ 11:00am
How can I help?

Here's my verification of service. I don't have any appointments this week just work on Wednesday, it's training from 10-6

Also may I have time one day to go shopping and purchase some clothes for work?

Sun, Apr 24, 6:39 PM

Yeah go tomorrow

11:42
LTE
Sibick
Sun, Apr 24, 6:39 PM
Yeah go tomorrow
Mon, Apr 25, 6:38 AM
Missed your check in last night
Do you know what time it was at? I don't have anything showing missed. I took 3 pics before it accepted one
Monday, April 25
Khalid
36m ago
Missed your check in last night
Notification Center
BI SmartLINK
Show less
BI SmartLINK
Yesterday, 15:24
Biometric Check-In Check-In now.
BI SmartLINK
Yesterday, 08:07
Biometric Check-In Check-In now.
theWELL
Yesterday, 12:32
April 23, 2022
iMessage
Pay