UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Crim. Action No. 21-0291-1 (ABJ) |
| THOMAS F. SIBICK, | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of all of the pleadings and all of the representations made at the status hearing of May 17, 2022, defendant Thomas F. Sibick's motion to modify his conditions of release [Dkt. # 127] will be DENIED.  *See* Pretrial Compliance Report [Dkt. # 128] (SEALED); Gov't Response [Dkt. # 129]; Def.'s Reply [Dkt. # 130].  On October 26, 2021, after a hearing, the Court granted defendant's motion to be released from pretrial detention over the government's objection, and consistent with the Bail Reform Act, it imposed a series of conditions to ensure his reappearance and to protect the community.  Since then, the defendant has repeatedly chafed at those conditions, filing a succession of motions requesting the opportunity to get outdoor exercise, to shovel snow, to pursue a social life, to perform unremunerated work, etc., and the Court has re-evaluated the conditions on an ongoing basis to ensure that they were consistent with maintaining defendant's mental and physical health and most importantly, with facilitating his efforts to obtain and maintain employment.  The fact that the current conditions do not offer the defendant – who is facing extremely serious charges, and who repeatedly lied to law enforcement officers prior to his indictment in this case – the opportunity to "go for a jog in his neighborhood," to sit "outside at a restaurant with his parents or friends" or to leave his home for any unspecified location he chooses during a twelve hour period each Saturday and Sunday is not unduly restrictive under all of the circumstances.  The Court is of the view that it would not be a violation of the defendant's current conditions if he were to stop to get gas on the way to or from work, and it expects Pretrial Services to grant routine requests to shop for groceries or pick up necessaries at a drug store on the way to or from work, just as, it appears, it approved defendant's request to shop for clothing for work.  Permission to resume volunteer construction work at a particular, verified address, on particular weekend dates and times, should also be freely granted.

SO ORDERED.

AMY BERMAN JACKSON
United States District Judge

DATE:  June 3, 2022