## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Crim. No. 21-CR-291-1 (ABJ) |
| THOMAS F. SIBICK | : |

### CONSENT MOTION TO CONTINUE STATUS HEARING

The defendant Thomas F. Sibick, through undersigned counsel, Stephen F. Brennwald, Brennwald & Robertson, hereby moves to continue the status hearing set for July 15, 2022, for a period of about 30 days. Undersigned counsel has discussed this motion with government counsel, and the government does not oppose the motion as long as the speedy trial clock is tolled.

The parties are still in discussions regarding possible outcomes and will be unable to make a final determination by this Friday, July 15, 2022.

The case may not resolve short of trial, but the parties are exploring such an outcome and need more time to review various options and confer.

If the status hearing is continued, Mr. Sibick hereby agrees, pursuant to 18 U.S.C. § 3161 *et seq.*, to exclude from the running of the speedy trial clock the time period between July 15, 2022, and any further status hearing date.

WHEREFORE, for the foregoing reasons, as well as for any other reasons that may appear to this Court, the parties ask this Court to vacate the hearing set for Friday, July 15, 2022, and reset the matter for a status hearing in about 30 days, on a date that is available to the Court and all parties.

Respectfully submitted,

/s/

Stephen F. Brennwald
Bar No. 398319
Brennwald & Robertson, LLP
922 Pennsylvania Avenue, S.E.
Washington, D.C. 20003
(301) 928-7727
(202) 544-7626(facsimile)
sfbrennwald@cs.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent by ECF, this 11th day of July, 2022, to all counsel of record.

/s/

Stephen F. Brennwald