**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-291-1 (ABJ) |
| | : | |
| **THOMAS F. SIBICK,** | : | |
| | : | |
| **Defendant.** | : | |

**NOTICE TO COURT REGARDING MINUTE ORDER FILED ON OCTOBER 21, 2022**

In a Minute Order issued on October 21, 2022, the Court indicated a need to reschedule the status conference previously scheduled for October 24, 2022, and asked the parties to file Notice with the Court regarding their respective positions on the Waiver of the Time Under the Speedy Trial Clock from October 24, 2022 to the next hearing date. In the interests of justice, because of the Court and attorneys' calendars, and ongoing discussions of possible disposition, the Government asks that the time from October 24, 2022, until the next hearing date be excluded from calculations under the Speedy Trial Act, 18 U.S.C. § 3161 et seq. The Government has made efforts to coordinate with defense counsel, Stephen Brennwald, regarding a new status date, but has not yet received a response.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ *Cara A. Gardner*
Cara A. Gardner
Assistant United States Attorney
D.C. Bar 1003793
U.S. Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
202-252-7009