## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 21-CR-291-2 & 3-ABJ** |
| | **:** | |
| **ALBUQUERQUE COSPER HEAD,** | | |
| **KYLE JAMES YOUNG,** | **:** | |
| **Defendant.** | **:** | |

## <u>NOTICE OF FILING</u>

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Cara Gardner hereby provides the following attachment:  Government's Restitution Memorandum dated December 5, 2022.

Respectfully submitted,

MATTHEW M. GRAVES
ACTING UNITED STATES ATTORNEY


_____/s/_____
CARA GARDNER
ASSISTANT UNITED STATES ATTORNEY
601 D. St., NW
Washington, DC 20530