### UNITED STATES DISTRICT COURT FOR
### THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-291-1 (ABJ) |
| | : | |
| **THOMAS F. SIBICK,** | : | VIOLATIONS: |
| | : | 18 U.S.C. § 111(a)(1) |
| | : | (Assaulting, Resisting, or Impeding Certain Officers) |
| | : | 18 U.S.C. § 661 (Theft) |
| Defendant. | : | |

### I N F O R M A T I O N

The United States Attorney charges that at all relevant times:

### COUNT ONE

On or about January 6, 2021, within the District of Columbia, **THOMAS F. SIBICK**, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, that is, Officer M.F., an officer from the Metropolitan Police Department while such person was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers**, in violation of Title 18, United States Code, Section 111(a)(1))

### COUNT TWO

On or about January 6, 2021, within the special maritime and territorial jurisdiction of the United States, **THOMAS F. SIBICK**, did take and carry away, with intent to steal or purloin, from the person of another, that is, Officer M.F., personal property of another, that is, a police radio, the

value of which exceeds $1,000.

(**Theft**, in violation of Title 18, United States Code, Section 661)

## COUNT THREE

On or about January 6, 2021, within the special maritime and territorial jurisdiction of the United States, **THOMAS F. SIBICK**, did take and carry away, with intent to steal or purloin, from the person of another, that is, Officer M.F., personal property of another, that is, a police badge.

(**Theft**, in violation of Title 18, United States Code, Section 661)

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY:

　/s/
KIMBERLY L. PASCHALL
Assistant United States Attorney
Federal Major Crimes Section
D.C. Bar No. 1015665
601 D St, N.W.,
Washington, D.C. 20001
202-252-2650
Kimberly.paschall@usdoj.gov

　/s/
CARA A. GARDNER
Assistant United States Attorney
D.C. Bar 1003793
U.S. Attorney's Office
601 D St, N.W.,
Washington, D.C. 20001
202-252-7009
Cara.Gardner@usdoj.gov