June 21, 2023

Dear Judge Jackson,

I am writing in behalf and support of the defendant, Thomas Sibick.

I feel it is pertinent to tell the story as it occurred and give my insight, as a close relative who loves Thomas while understanding his strengths and weaknesses and believing in him empirically, and as a professional in the medical field with experience in the mental health care of our youth.

On Jan 6th 2021 I received a call at approximately 7pm from my nephew Thomas Sibick wherein he was wishing me a happy birthday. I am his godmother and he always calls, happy to share his love and best wishes. This time it was different. Thomas sounded anxious with pressured frenzied speech and when asked where he was he laughed maniacally asking if I knew what had gone out that day. When I said no, he began to recount what he had witnessed. I am a physician, was at work all day an came home to have dinner with family not knowing what had occurred at the capital, nor knowing my nephew had traveled there. Though I cannot recall Thomas's words verbatim, his message was clear and stands out in my memory. He described it as the most wild experience of his life. He told about the crowd storming the capital being overwhelming and sucking him in. He reported how he saw a cop being mistreated by others, felt compelled and tried to help but couldn't. He shared he was confused about how to think about what he just experienced, communicating he went to hear the President speak and had no idea that this event would erupt the way it did. He sounded scared, indicated he had no idea what he was getting himself into when he made the impulsive decision to come to Washington and that he was upset about what he witnessed. He said he was alone there, without a plan of what to do and where to go next. He indicated he was staying alone in a hotel, and had a scheduled flight back home. Because I was in the middle of dinner with family I asked Thomas to call later, and advised him to stay safe. I did not hear from him again that night, texted him the next day and did not receive a reply; which is very unusual for Thomas. There was not any further contact until many days later when I was informed of the details of his situation. At that point I did have multiple conversations via text and phone with him regarding my opinion of his current and past mental health, including that I thought he was experiencing a manic episode the day/night of the insurrection and likely prior to leaving abruptly. This is of the utmost importance because I believe Thomas was symptomatic of escalating mental health symptoms while at home, as he indeed did not have a predetermined plan to go to the capital and was acting out of impulse. He did not go to work that day, which was his second day of a highly desired internship to complete training for his certification in the medical field such that eh could pursue a career as a nursing home administrator. Thomas had recently completed his MBA, was in a long term romantic relationship with a woman pursuing a PhD in psychology and seemed to be planning his life in a positive direction. He had communicated his excitement and satisfaction with the way his decisions had led him down a successful path. He was proud of himself. He also shared how he was stressed despite being happy, because adult life is complicated and the expectations to manage work and relationships, both personal and professional , was challenging.  No one in the family who found out about this turn of events understood why Thomas would have acted upon going to the capital that day. When asked, Thomas shares he felt compelled to go. He describes an unwavering feeling of urgency to be part of an effort to simply show his support for President Trump. He went to hear the President speak. He did not understand the intensity of nor desire to be part of the vortex of hate and rhetoric of right and wrong which erupted into a dangerous situation. He had no intentional malice in mind. He was a young

impressionable man caught up in a cyclone of feelings and emotions which were out of control. He acted on impulse without considering the consequences of his involvement. Unfortunately there have been serious ramifications and undesirable outcomes of his actions, for which he has suffered greatly. He is remarkably regretful and remorseful, becoming acutely aware that he was indeed acting outside of his typical behavior, led by not his intellectual prowess nor ethical belief system but by emotional impulse with an inherent desire to do good. This fortuitously created his misfortune.

Thomas has made many amends in many areas of his life since the day he was scooped up in the hype, and there has been a positive outcome which will serve Thomas well indefinitely.

Serving time in jail brought him opportunity to reflect. He read the bible and journaled. He displayed resilience, creatively cooked and supported his inmates kindly. When he felt oppressed by the complicated social challenges of being an inmate he willfully chose isolation. He sought psychiatric consultation due to feeling distressed, reflecting on his complicated history of mental health symptoms and the possibility that he was experiencing increased severity.  Luckily, the justice system offered him an opportunity to receive appropriate mental health care evaluation and treatment which he definitively needed. He was diagnosed with depression and a mood disorder. He is now medicated with antidepressant and mood stabilizer medication, which have had a remarkably positive effect. Having behaved well in jail he was granted discharge on house arrest until sentencing. He has been privileged to be under the care of his immediate family and benefitted from the love and support of all who are committed to him and his well being. This has been a welcome temporary relief offering opportunity to continue to work on himself. He has entered into long term therapeutic counseling which has supported his atonement, helped clarify symptoms and given him insight into his past behavior resulting in the understanding that his mental health disorder was never adequately nor accurately diagnosed and managed.

Historically Thomas has had challenging behavior and mental health symptoms since he was a young child. There have been multiple efforts to access help which were not successful, having never created the positive outcomes he has recently experienced. He now describes feeling calmer, emotionally level and more lucid, focused and not distractible. He is less irritable and can engage in conversation without argumentative tendency accepting the ideas of others openly. He can feel in a way that is peaceful as opposed to erratic. Thomas has always needed a lot of stimulation. He is a sensory seeker of input in all forms. He is a is a doer, not a quitter. While on house arrest he has been a contributing person in society. He has attended church regularly. His inherent nature of caring kindness and selfless giving prevails and he has willfully offered his efforts to help those he has been allowed to interact with under the limits of his house arrest. He has never been irresponsible with his probation officer , abused his privileges , nor broken probation. He has pursued active employment in the medical field to preserve his commitment to his career path hoping to continue to gain worthwhile experience. He has worked at an employed position with integrity performing duties above and beyond expectations. His romantic relationship pre-arrest ended soon after his jail time began causing him emotional duress beyond that of the insurrection events. He bravely entered into a new romantic relationship while on house arrest with a young woman who understands his social and psychiatric history, accepts him for who he is, believes in him and has provided him an opportunity to display his capability at reciprocal affection and loving someone unconditionally. His much more positive , secure ,self aware presence resultant of his successful access to appropriate mental health care and the work he has done in counseling led to an emotional maturity allowing him to be more successful developing depth of interpersonal interactions.

Hence his romantic relationship grew in its significance rising to a point of him feeling committed enough to marry. He feels blessed and grateful. He wants to have a family and create forward momentum within his life.

Thomas is a good citizen and a mindful community member. He wants to do well and deserves to have the opportunity that all Americans have to make amends when they make mistakes. We teach this in our family life, it is a prevailing dictum in our schools and our society. Forgiveness is a conceptual ideology of the religion he practices.  Thomas has asked for forgiveness , made effort to make reparations and communicated his intentions at the capital on Jan 6th were in good faith to do no harm. He was suffering with mental health symptoms predisposing him to act out of character and incongruent with his internal set of beliefs.

To date he has served a combined term of 2 years time in retribution of his actions. He acknowledges his wrongful behavior and is willing to do whatever is necessary to meet the US government's decision for sentencing.  I ask that you consider the information outlined above as you decide his fate.  I request that you value his commitment to self improvement and his desire to continue to demonstrate it.  I thank you for whatever amount of dispensation you may feel Thomas worthy of, as I believe he is an inherently good person who deserves a second chance at creating a fulfilling life.

With all due respect,

Diane Cicatello, MD

Developmental and Behavioral Pediatrician

Optum Health

2507 Sotuh Rd Poughkeepsie, NY 12601

O 845-592-7764

C 845-797-3548