6/15/2023

Dear Judge Amy Berman Jackson,

    Allow me to introduce myself. My name is Melissa Sibick, formerly Melissa Garrison, Thomas Sibick's wife. I am writing to you as a character reference on behalf of my husband, Thomas Sibick.

    I have known Thomas Sibick just over one year now. After I met him, I learned about the unfortunate situation he got himself into on January 6th, 2021. He described how he witnessed the horrific attacks on a particular police officer, how he was involved, and how he regrets his own actions in the matter. He also explained that during his time in jail he received an updated mental health diagnosis. He believes he had been exhibiting symptoms of a mental health episode that contributed to his impulsive behavior at the Capitol. I can understand when we are not in a healthy state of mind, we can do things out of our typical character. His compromised mental state, lack of judgement and negative outer influences negatively affected him.



    He reassured me that he did not intend to cause harm to anyone, but he did break the law and has already suffered serious consequences as a result. He was in jail for nearly eight months, and has been on a restrictive home confinement for twenty-one months. Fortunately, during his time in jail, he was properly diagnosed for his mental illness. He sought out treatment in the past, but it never effectively controlled all his mental and behavioral issues. Thomas has now received the mental health treatment he needed all long and is putting in the work to stay well. He takes his daily therapeutic medicine, goes to counseling, attends worship services weekly, and, very importantly, is sober from alcohol and other drugs.

Thomas has been patient and remorseful as he awaits his sentencing. I admire Thomas' ability to stay strong and positive during such ambiguous times, as he lives in daily fear that he will be sent back to a place that was a "hell hole" for him.

I will support him no matter what the outcome may be. As his wife, I vow to love him endlessly and unconditionally, always. We have been so blessed to have met each other at the time that we did. Even though he has not had the freedom to do all the activities that he pleases to, we have certainly made the most of our time together. Regardless of the rigorous stipulations, you allowed him to travel to my hometown of Rochester over the Easter weekend. I appreciate your generosity, and thank you so much for that, as it provided us with valuable time to spend with my side of the family.

Over the last year, I have really gotten to know Thomas, a kind-hearted, loving, generous, forgiving, and resilient man. I cannot say enough wonderful things about him, just thinking about Thomas being sent away again, I cannot not even imagine the heartache I would feel.

Judge Jackson, I understand you have a difficult decision, determining the remainder of my husband's consequences. But Thomas Sibick is a new person on his medication, and thanks to the great therapy he is receiving. Hindering his continued successful treatment would be an utter tragedy. Since his release from the Washington, D.C. jail, Thomas has shown exemplary behavior, following the strict protocol that has been asked of him and being a model citizen. He is a productive, working individual as the Finance Director at a Vascular Surgery center and before that an Office Manager at a medical facility. He works very diligently with his psychiatrist and therapist to manage his medications and practice cognitive behavioral therapy. We

religiously go to church each week to keep our faith and spirits high and to say our prayers. Thomas and I have also chosen to refrain from alcohol and illicit substances, and this has created the much-needed stability we need in our home. He has made so much progress compared to how he described his life before, and to what I can clearly see him doing now. It would be such a disservice for this progression to not continue. I have been able to provide Thomas with the much-needed love, comfort and support through all of this when his life before, at his parents' house, was very, very chaotic.

I will continue to be there for him and provide a stable environment for him. I thank you for releasing him from the Washington, D.C. jail on October 26, 2021, as without this I would not have had the opportunity to meet this genuine, compassionate man I now call my husband.

Yours Truly,


Melissa Sibick