Use the Tab key to move from field to field on this form.

Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. 21-CR-291
)
Thomas Sibick )

## NOTICE OF APPEAL

Name and address of appellant:   Thomas F. Sibick
11 Woodlee Road
Williamsville NY. 14221

Name and address of appellant's attorney:   To be assigned by Fed. Public Defender
Attorney in District Court was:
Stephen F. Brennwald
922 Pennsylvania Avenue, SE
Washington, D.C. 20003

Offense:   Assault, 18 U.S.C. 111(a), Theft

Concise statement of judgment or order, giving date, and any sentence:

Defendant was sentenced to 50 months in prison following a guilty plea. Sentencing was held on July 28, 2023.

Name and institution where now confined, if not on bail:   Pending surrender to BOP

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

August 7, 2023
DATE

APPELLANT

_Stephen F. Brennwald_
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE   [ ]
CJA, NO FEE   [✔]
PAID USDC FEE   [ ]
PAID USCA FEE   [ ]

Does counsel wish to appear on appeal?   YES [ ]   NO [✔]
Has counsel ordered transcripts?   YES [ ]   NO [✔]
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES [✔]   NO [ ]